UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DALE PERCELLE,

    Plaintiff,

    v.

DOES 1 THROUGH 50, INCLUSIVE,

    Defendant.

Case No. 14-cv-03881-TEH

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND**

On June 19, 2014, Plaintiff Steven Dale Percelle filed a First Amended Complaint in San Francisco Superior Court against the State of California and Does 1-50. The State removed the case to this Court in August, and on September 16, 2014, Percelle voluntary dismissed the State as a defendant and moved to remand the case against Does 1-50 to state court. There has been no appearance of counsel on behalf of the Doe defendants.

The Court now GRANTS Plaintiff's unopposed motion to remand. Former Defendant State of California's motion to dismiss is VACATED as moot. This matter is hereby remanded to the Superior Court of California for the County of San Francisco. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 09/23/2014

                              _____
                              THELTON E. HENDERSON
                              United States District Judge